BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $17,240.00 IN U.S. CURRENCY, <br><br> Defendant. | 1:12-CV-01603-MJS <br><br> **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed May 15, 2013. No objections have been filed.

Based on the United States' unopposed *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture, and review of the files and records of the Court, it is hereby

ORDERED, ADJUDGED, AND DECREED:

1. Michael Geoffrey Hayes, Chunhong Meng, Cherry Than, and Greg Than are in default.

2. A judgment by default is hereby entered against any right, title, or interest in the defendant "Approximately $17,240.00 in U.S. Currency" of Michael Geoffrey Hayes, Chunhong Meng, Cherry Than, and Greg Than, and as against all other potential claimants who have not filed claims in this action.

3.  A final judgment is hereby entered forfeiting all right, title, and interest in the defendant "Approximately $17,240.00 in U.S. Currency", including any and all right, title, and interest of Michael Geoffrey Hayes, Chunhong Meng, Cherry Than, and Greg Than; and vesting all right, title, and interest in the defendant approximately $17,240.00 in U.S. Currency in the United States, to be disposed of according to law.

4.  All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   May 31, 2013               /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE